UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH BARNETT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES *and*<br>U.S. DEPARTMENT OF STATE.<br><br>*Defendants*. | Civil Action No. 26-1261 (RC) |

**FIRST JOINT STATUS REPORT**

Plaintiff, Joseph Barnett, and Defendants, the United States Citizenship and Immigration Services ("USCIS") and the United States Department of State ("DOS"), collectively "the parties," by and through the undersigned counsel, respectfully submit the following Joint Status Report in this case brought under the Freedom of Information Act ("FOIA"). In this case, Plaintiff seeks records relating to three FOIA requests: COW2025004445 and COW2026001179REQ (later reassigned as COW2026001836) (directed to USCIS); and F-2026-12786 (directed to DOS).

**1) Status of Plaintiff's FOIA requests**

**COW2025004445**: USCIS reports that this request has been renumbered by USCIS as LIT2026000032 and USCIS plans to complete production by August 31, 2026.

**COW2026001179REQ / COW2026001836**: USCIS reports that all responsive records were produced on July 31, 2026.

**F-2026-12786**: DOS reports that it is continuing its search for, collection of, and review of potentially responsive records to Plaintiff's FOIA request, which involves the search of multiple distinct electronic databases and stakeholders within DOS across the world.

**2) Anticipated number of documents responsive to Plaintiff's FOIA requests**

**F-2026-12786**: As DOS's search is ongoing, it cannot provide a reasonably accurate estimate of the anticipated number of documents responsive to Plaintiff's FOIA request at this time. DOS will keep Plaintiff and the Court apprised of its progress and communicate an estimate as soon as it is able.

**3) Anticipated date(s) for release of the documents requested by Plaintiff**

**F-2026-12786**: DOS is actively processing Plaintiff's request by searching for, collecting, and reviewing records for responsiveness. However, as it has not completed such search or a responsiveness review, DOS cannot reasonably estimate the number of anticipated documents responsive to Plaintiff's FOIA requests, and therefore cannot estimate an anticipated date for the release of all such documents to Plaintiff at this time. DOS will keep Plaintiff and the Court apprised of its progress and communicate an estimate as soon as it is able.

**4) *Open America***

At this time, Defendants do not anticipate filing a motion for stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

**5) Summary judgment briefing and proposed briefing schedule**

At this time, the parties do not believe the case is ripe for summary judgment briefing, and request that the court defer entering a briefing schedule so that productions can be made to Plaintiff and the disputes between the Parties may be narrowed or resolved without burdening the Court with litigation at this time.

The parties propose to update the court via Status Report every sixty days until a stipulation of dismissal is filed or until the cases reaches a point where remaining issues can only be resolved by litigation, at which point the parties will propose a schedule for cross-motions for summary judgment.

The parties respectfully propose filing their next Joint Status Report on or by October 21, 2026, apprising the Court of progress in this case.

* * *

Dated: August 20, 2026
Washington, DC

Respectfully submitted,

/s/ *Bradley B. Banias*
BRADLEY B. BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, South Carolina 29403
brad@baniaslaw.com
843.352.4272
SC Bar No.: 76653
D.D.C. No.: SC0004

*Attorney for the Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7705
Email: samuel.settle@usdoj.gov

*Attorneys for the United States of America*